

# NUMBERS 13-13-00544-CR, 13-13-00545-CR, & 13-13-00546-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MARKUS ANTONIUS GREEN,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 24th District Court
### of DeWitt County, Texas

---

## SUPPLEMENTAL ABATEMENT ORDER

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This appeal was abated by this Court on November 18, 2013, to address appellant's pro se motions: (1) requesting the appointment of counsel on appeal; (2) requesting an extension of time to perfect appeal; (3) seeking to compel the trial clerk to

provide appellant with the record; and (4) seeking to compel prison officials to provide appellant with access to the law library.

The record currently before the Court fails to include a certification of appellant's right to appeal. The Texas Rules of Appellate Procedure require the trial court to enter a certification of the defendant's right of appeal in every case in which it enters a judgment of guilt or other appealable order. *See* TEX. R. APP. P. 25.2(a)(2).

Accordingly, this appeal remains ABATED and is REMANDED to the trial court for entry of a certification of the appellant's right to appeal. The trial court's certification, and any orders it enters, shall be included in a supplemental clerk's record. The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within thirty days of the date of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline.

It is so ORDERED.

PER CURIAM

Do Not Publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of December, 2013.

2